# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AFSHIN BAHRAMPOUR, et al., | Case No. 2:16-cv-01334-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | |
| DIRECTOR OF NATIONAL INTELLIGENCE et al., | (Docket No. 1) |
| Defendant(s). | |

Pending before the Court is Plaintiff Bahrampour's application for authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1. As a general rule, to initiate a civil action, a plaintiff must submit either a filing fee or an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); 28 U.S.C. § 1915(a)(1). "Where there are multiple plaintiffs in a single action, the plaintiffs may not proceed *in forma pauperis* unless all of them demonstrate inability to pay the filing fee." *Darden v. Indymac Bancorp, Inc.*, 2009 WL 5206637, *1 (E.D. Cal. Dec. 23, 2009); *see also Anderson v. California*, 2010 WL 4316996, *1 (S.D. Cal. Oct. 27, 2010) ("although only one filing fee needs to be paid per case, if multiple plaintiffs seek to proceed *in forma pauperis*, each plaintiff must qualify for IFP status").

In this case, only Plaintiff Bahrampour has provided an application to proceed *in forma pauperis*. *See* Docket No. 1. As not all Plaintiffs have submitted applications to proceed *in informa pauperis*, the Court lacks sufficient information regarding each Plaintiff to make a determination as to their financial status. Accordingly, the application to proceed *in forma paupueris* is deficient.

//

//

//

Based on the foregoing, **IT IS ORDERED** that:

1. Plaintiff Bahrampour's application to proceed *in forma pauperis* is hereby **DENIED** without prejudice.
2. Each Plaintiff shall file a renewed application to proceed *in forma pauperis* on the correct form.
3. The Clerk's Office shall send Plaintiffs three blank *in forma pauperis* application forms with instructions.
4. In the alternative, Plaintiffs shall make the necessary arrangements to pay the filing fee of $400, accompanied by a copy of this Order.
5. Plaintiffs must comply with this order no later than August 22, 2016.
6. Failure to comply will result in a recommendation to the district judge for dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated: July 20, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge