**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AFSHIN BAHRAMPOUR, et al., | Case No. 2:16-cv-01334-GMN-NJK |
| Plaintiff(s), | **REPORT AND RECOMMENDATION** |
| vs. | |
| DIRECTOR OF NATIONAL INTELLIGENCE, et al., | |
| Defendant(s). | |

On July 20, 2016, the Court denied without prejudice Plaintiff Bahrampour's application to proceed *in forma pauperis*. Docket No. 4. The Court ordered Plaintiffs to either pay the filing fee or to each file a completed application to proceed *in forma pauperis*, no later than August 22, 2016. *See id.* at 2. The Court expressly warned Plaintiffs that "[f]ailure to comply will result in a recommendation to the district judge for dismissal of this action without prejudice." *Id.* Notwithstanding that explicit warning, Plaintiffs have not complied.

Accordingly, **IT IS RECOMMENDED** that this action be **DISMISSED** without prejudice.

Dated: December 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

1

### **NOTICE**

2      These findings and recommendations are submitted to the United States District Judge assigned to

3   the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen days after being served with

4   these findings and recommendations, any party may file written objections with the court.  Pursuant to

5   Local Rule of Practice (LR) IB 3-2(a), any party wishing to object to the findings and recommendations of

6   a magistrate judge shall file and serve *specific written objections* together with points and authorities in

7   support of those objections, within fourteen days of the date of service of the findings and

8   recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and

9   Recommendations."  The parties are advised that failure to file objections within the specified time may

10  waive the right to appeal the District Court's Order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).  The

11  points and authorities filed in support of the specific written objections are subject to the page limitations

12  found in LR 7-4.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28