# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AFSHIN BAHRAMPOUR, *et al.*,  ) | Case No.:  2:16-cv-01334-GMN-NJK |
| ) | |
| Plaintiffs,  ) | |
| vs.  ) | **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE KOPPE** |
| ) | |
| DIRECTOR OF NATIONAL  ) | |
| INTELLIGENCE, *et al.*,  ) | |
| ) | |
| Defendants.  ) | |
| _____ ) | |

Before the Court for consideration is the Report and Recommendation ("R&R"), (ECF No. 6), of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered December 28, 2016.  Pursuant to Local Rule IB 3-2(a), objections were due by January 11, 2017.  On January 12, 2017, the R&R mailed to Plaintiff was returned to the Court as undeliverable. (ECF No. 7). The Court instructed the Clerk's Office to re-mail the R&R to Plaintiff at an address listed for Plaintiff in a separate case and extended the deadline to file an objection to the R&R to February 6, 2017. (*Id.*).  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Koppe's recommendation that the Court dismiss this action with prejudice.  Therefore, the Court has determined that Magistrate Judge Koppe's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

/ / /

/ / /

/ / /

/ / /

**IT IS THEREFORE ORDERED** that the Report and Recommendation, (ECF No. 6), is **ACCEPTED and ADOPTED in full**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED with prejudice**.

The Clerk shall close this case and enter judgment accordingly.

**DATED** this __22__ day of March, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court